**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1443**

———————

RON DAVID METCALF, Head of Household,

                    Plaintiff – Appellant,

          v.

SUSAN CALL, official and individual capacity; co-owner of
Darnell Farms, also Board of Directors, Swain Co. NC
Safehouse; KIMBERLY LAY, official and individual capacity;
Legal Attorney for Swain Co., NC; JUDGE RICHLYN HOLT,
Individual Capacity; Chief Judge of District 30, NC; ERIC
STILES, Attorney in Bryson City, NC; GREG BOYER, Attorney
in Franklin, NC; DAVID MOORE, Attorney in Sylva, NC,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Bryson City.    Martin K.
Reidinger, District Judge. (2:14-cv-00010-MR-DLH)

———————

Submitted: September 23, 2014      Decided: September 26, 2014

———————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ron David Metcalf, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron David Metcalf appeals the district court's order dismissing his complaint under 42 U.S.C. §§ 1983, 1985 & 14141 (2012) without prejudice pursuant to 28 U.S.C. § 1915(e) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Metcalf v. Call, No. 2:14-cv-00010-MR-DLH (W.D.N.C. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED